DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
Email: daniel@malakauskas.com

*Attorney for Plaintiff*: **Cynthia Hopson**

PAUL N. BALESTRACCI, *Cal. Bar. No.:83987*
JOSHUA P. HUNSUCKER, *Cal. Bar. No.:300625*
NEUMILLER & BEARDSLEE, APC
509 West Weber Avenue
P.O. Box 20
Stockton, CA 95201-3020
Tel: 209-948-8200 / Fax: 209-948-4910
Email: pbalestracci@neumiller.com; jhunsucker@neumiller.com

*Attorneys for Defendants*: **Viaggio, Inc.; Larry M. Lawrence; and Teri G. Lawrence**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**VIAGGIO, INC.**, as an entity and doing business as "Viaggio Estate & Winery", **LARRY M. LAWRENCE**, as an individual and as trustee of the "Larry M. Lawrence and Teri G. Lawrence 2004 Revocable Trust", **TERI G. LAWRENCE**, as an individual and as trustee of the "Larry M. Lawrence and Teri G. Lawrence 2004 Revocable Trust", and **DOES** 1-50, Inclusive,<br><br>　　　　　Defendants. | Case No.: 2:19-cv-02499-JAM-KJN<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date:  April 16th, 2020                           /s/Daniel Malakauskas_____
                                                  By: Daniel Malakauskas, of,
                                                  MALAKAUSKAS LAW, APC,
                                                  Attorney for Plaintiff

Date:  April 16th, 2020                           /s/Paul N. Balestracci_____
                                                  By: Paul N. Balestracci, of,
                                                  NEUMILLER & BEARDSLEE, APC,
                                                  Attorney for Defendants

Date:  April 16th, 2020                           /s/Joshua P. Hunsucker_____
                                                  By: Joshua P. Hunsucker, of,
                                                  NEUMILLER & BEARDSLEE, APC,
                                                  Attorney for Defendants